# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB,<br><br>    Plaintiff,<br><br>v.<br><br>UC SAN DIEGO HEALTH, et al.,<br><br>    Defendants. | Case No.: 3:25-cv-00023-RBM-DDL<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On January 6, 2025, Plaintiff Steve Kassab ("Plaintiff") filed a Complaint against UC San Diego Health, Rachel Bent, Alice Kistenoff, Jack Hunt, Aaron Myers, Kush Vijay Bhatt, and Does 1 through 100 ("Complaint"). (Doc. 1.) Along with his Complaint, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* ("IFP Motion"). (Doc. 2.) On January 29, 2025, the Court denied Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(a), 1915(e)(2)(B) ("IFP Order"). (Doc. 4.) Plaintiff was granted leave to file a renewed IFP motion and an amended complaint by February 14, 2025. (*Id*. at 7.)

To date, Plaintiff has not filed a renewed IFP motion or an amended complaint. Accordingly, the Court **DISMISSES** this action without prejudice and **DENIES** the pending motion related to electronic filing (Doc. 3) as moot. *See Lira v. Herrera*, 427 F.3d

1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").

    The Clerk of Court is **DIRECTED** to close this case accordingly.

    **IT IS SO ORDERED**.

DATE:  April 7, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE